1022

[No. 33987-4-III. Division Three. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA CALEB SNYDER, *Defendant*, SHANE SAYER MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00072-1, Scott R. Sparks, J., entered December 11, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34035-0-III. Division Three. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CARRIE LEE AENK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-00347-1, James M. Triplet, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 34054-6-III. Division Three. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SETH EDEN ASH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 15-1-00062-4, Allen Nielson, J., entered January 22, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34225-5-III. Division Three. March 21, 2017.]

SUZIE L. FOWLER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 14-2-00097-5, Patrick A. Monasmith, J., entered March 4, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.